STATE of Missouri, Respondent,

v.

Travis James FOWLER, Appellant.

No. ED 104581

Missouri Court of Appeals,
Eastern District,
**DIVISION FIVE.**

Filed: May 23, 2017

Jedd C. Schneider, 1000 West Nifong, Bldg. 7, Ste. 100, Columbia, MO 65203, for appellant.

Joshua D. Hawley, Atty. Gen., P.O. Box 899, Robert J. (Jeff) Bartholomew, Asst. Atty. Gen. Jefferson City, MO 65102, for respondent.

Before: Philip M. Hess, C.J., Lawrence E. Mooney, J., and James M. Dowd, J.

## ORDER

PER CURIAM

Travis James Fowler appeals the judgment of conviction entered by the trial court after the jury found him guilty of second-degree statutory rape, Section 566.034 RSMo., and second-degree statutory sodomy, Section 566.064 RSMo. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).